IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

TERESA HINTON                     CASE NO. 07-10167 NLJ

     Debtor(s).

COMPLETED
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 04/01/2010 | 923302 | CHECKMART | 11821 ADIE ROAD<br>ST LOUIS, MO 63043 | $ 20.90 |

DATED: 08/23/2010

                             /s/ John Hardeman
                             _____
                             CHAPTER 13 TRUSTEE
                             P.O. BOX 1948
                             OKLAHOMA CITY, OK 73101
                             (405)236-4843

                                           #334/LB